UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Norman D. Lifton Co., Inc.,
**Plaintiff**

-v-

Mercier Wood Flooring, Inc. and
Bayard Sales Corp.,

**Defendant**

**JUDGE CASTEL**

07 No CV 3134

Rule 7.1 Statement



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for  Norman D. Lifton Co., Inc.  (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

No such entities exist.

Date: April 18, 2007

Signature of Attorney
Ira N. Glauber
Attorney Bar Code: ING-8383

Form Rule7_1.pdf