UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NORMAN LIFTON CO., INC.

     Plaintiff,

- against -

MERCIER WOOD FLOORING INC. and
BAYARD SALES CORP.,

     Defendants.
-------------------------------------------------------------x

07 Civ. 3134(PKC)(BLE)

**DEFENDANT BAYARD SALES CORP. FED. R. CIV. 7.1 DISCLOSURE OF INTERESTED PARTIES STATEMENT**

Pursuant to Fed. R. Civ. 7.1, to enable the judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Bayard Sales Corp. hereby certify that there is no publicly held parent, subsidiary or affiliate of Bayard Sales Corp.

Dated:  New York, New York
   May 30, 2007

                Respectfully submitted,

                TOBIAS LAW FIRM, P.C.
                Counsel for Defendant
                Bayard Sales Corp.

                By: _____
                 David G. Tobias (DT-3284)
                600 Third Avenue
                15th Floor
                New York, New York 10016
                (212) 661-5460