UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

NORMAN D. LIFTON CO., INC.,   07-CV-3134 (PKC)

        Plaintiff,   **STIPULATION**

-against-

MERCIER WOOD FLOORING and BAYARD
SALES CORP.,

        Defendants.

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/07

    **IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel, as follows:

    1.    The time for defendants Mercier Wood Flooring Inc. and Bayard Sales Corp. to appear, answer, move or otherwise respond to the Summons and Complaint in this action is extended from June 1, 2007 and May 17, 2007, respectively, to and including July 6, 2007.

    2.    Defendants hereby acknowledge that they were each properly served with the Summons and Complaint; they each hereby accept service of process of the Summons and Complaint; and they each waive all defenses based on service of process and agree that they will not make any motion and will not assert any defenses in any court (including in any court in Canada) that service of process was improper under the Hague Convention or any other statute or rule of law.

    3.    Defendants each hereby acknowledge that they are subject to the jurisdiction of this Court in this action; they each waive all defenses based on lack of personal and subject matter jurisdiction; and they each agree that they will not make any motion or assert any

defenses in any court (including in any court in Canada), that they are not subject to the jurisdiction of this Court in this action.

4. The initial pretrial conference scheduled for June 1, 2007, pursuant to the Order Scheduling Initial Pretrial Conference dated April 26, 2007, is hereby adjourned to July 20, 2007. at 2:00 p.m.

5. Facsimile signatures shall be deemed originals for the purpose of this Stipulation.

Dated: New York, New York
May 25, 2007

JAFFE & ASHER LLP

By: /s/ Ira N. Glauber
Ira N. Glauber (ING 8383)
600 Third Avenue, 9th Floor
New York, New York 10016
(212) 687-3000

Attorneys for Plaintiff
Norman D. Lifton Co., Inc.

TRAUB EGLIN LIEBERMAN STRAUS LLP

By: _____
Stephen D. Straus (SDS 6183)
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
(914) 347-2600

Attorneys for Defendant
Mercier Wood Flooring Inc.

TOBIAS LAW FIRM, P.C.

By: /s/ David G. Tobias
David G. Tobias (DGT 3284)
600 Third Avenue, 15th Floor
New York, New York 10016
(212) 661-5460

Attorneys for Defendant
Bayard Sales Corp.

SO ORDERED:
_____
U.S.D.J.
5-29-07

2

defenses in any court (including in any court in Canada), that they are not subject to the jurisdiction of this Court in this action.

4. The initial pretrial conference scheduled for June 1, 2007, pursuant to the Order Scheduling Initial Pretrial Conference dated April 26, 2007, is hereby adjourned to July 20, 2007.

5. Facsimile signatures shall be deemed originals for the purpose of this Stipulation.

Dated: New York, New York
May 25, 2007

JAFFE & ASHER LLP

By:_____
Ira N. Glauber (ING 8383)
600 Third Avenue, 9th Floor
New York, New York 10016
(212) 687-3000

Attorneys for Plaintiff
Norman D. Lifton Co., Inc.

TRAUB EGLIN LIEBERMAN STRAUS LLP

By:_____
Stephen D. Straus (SDS 6183)
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
(914) 347-2600

Attorneys for Defendant
Mercier Wood Flooring Inc.

TOBIAS LAW FIRM, P.C.

By:_____
David G. Tobias (DGT 3284)
600 Third Avenue, 15th Floor
New York, New York 10016
(212) 661-5460

Attorneys for Defendant
Bayard Sales Corp.

SO ORDERED:

_____
U.S.D.J.