

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/07

**JAFFE & ASHER** LLP
ATTORNEYS AT LAW

PLEASE REPLY TO NEW YORK OFFICE

600 THIRD AVENUE
NEW YORK, NY 10016-1901
(212) 687-3000
(212) 687-9639 (FAX)

ESTABLISHED

NEW JERSEY OFFICE

07 GOFFLE ROAD
HAWTHORNE, NJ 07507-0508
(973) 423-3998
(973) 423-6074 (FAX)

## MEMO ENDORSED

August 1, 2007

**VIA FACSIMILE: 212-805-7949**
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

Re: Norman D. Lifton Company, Inc. v. Mercier
Wood Flooring, Inc. and Bayard Sales Corp.
S.D.N.Y. 07 Civ. 03134 (PKC)

Dear Judge Castel:

We are counsel for plaintiff Norman D. Lifton Company in the above-referenced action. We are happy to advise the court that the parties have reached a settlement of the action in principle, and that defendants' counsel is in the process of getting their clients' comments on a settlement draft that counsel prepared.

In light of the impending settlement, all parties in the case jointly request a three-week adjournment of the pre-motion conference currently scheduled for August 2, 2007, until August 23, 2007. While the settlement is not terribly complicated, it will take time to finalize the settlement agreement, have it executed by parties here and in Canada, and to prepare and present a stipulation of dismissal to be "so ordered" by Your Honor. The August 23rd suggested adjournment date is more in the way of a control date, because it is everyone's expectation that the settlement agreement will be signed by that date. If the court would prefer to issue a standard 30 day dismissal order, that too would be acceptable to all parties.

Respectfully submitted,

Ira N. Glauber

ING/sef
cc: David O. Tobias, Esq. (via facsimile)
Stephen D. Straus, Esq. (via facsimile)

*[Handwritten endorsement: Conference adjourned from August 2 to August 23, 2007 at 9:15 a.m. SO ORDERED. /s/ PKC USDJ 8-1-07]*