**JAFFE & ASHER LLP**
ATTORNEYS AT LAW

PLEASE REPLY TO NEW YORK OFFICE

600 THIRD AVENUE
NEW YORK, NY 10016-1901
(212) 687-3000
(212) 687-9639 (FAX)

ESTABLISHED 1974

NEW JERSEY OFFICE

1107 GOFFLE ROAD
HAWTHORNE, NJ 07507-0508
(973) 423-3998
(973) 423-6074 (FAX)

# MEMO ENDORSED

August 21, 2007

**VIA FACSIMILE: 212-805-7949**

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/07
```

Re: Norman D. Lifton Company, Inc. v. Mercier Wood Flooring, Inc. and Bayard Sales Corp.
S.D.N.Y., 07 Civ. 03134 (PKC)

Dear Judge Castel:

This letter is written to request on behalf of all parties an adjournment of the status conference in this matter from its currently scheduled date of August 23, 2007 to September 7, 2007 (or such other date convenient for the Court).

The purpose of the August 23, 2007 conference was to report to the Court concerning the status of the parties' settlement discussions. The parties have reached a settlement in principle, subject to the execution of a written agreement and releases. On Thursday of last week, defendants circulated a draft settlement agreement, and plaintiff will provide its comments to the draft either this afternoon or tomorrow morning. However, because of the vacation schedule of the attorneys and some of the parties, it is unlikely that

*[Handwritten endorsement:]* Conference adjourned from August 23 to September 7, 2007 at 9:45 a.m. SO ORDERED.
*[Signature]* USDJ
8-22-07

Hon. P. Kevin Castel
August 21, 2007
Page 2

the documents will be finalized by Thursday of this week. For that reason, we request a short adjournment of the conference, by which time we hope to finalize the settlement.

                                                    Respectfully submitted,

                                                    JAFFE & ASHER LLP


                                              By:   _____
                                                    Mark H. Moore

MHM/sef

cc:   Mark Froelich, Esq. (via e-mail)
      (Counsel for Mercier Wood Flooring, Inc.)

      Stephen D. Straus, Esq. (via e-mail)
      (Counsel for Mercier Wood Flooring, Inc.)

      David G. Tobias, Esq. (via e-mail)
      (Counsel for Bayard Sales Corp.)