UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07
```

------------------------------------------------------------------ x

NORMAN D. LIFTON CO., INC.,               :
                                          :
                        Plaintiff,        :        07 Civ. 3134 (PKC)
                                          :
        -against-                         :
                                          :        **STIPULATION OF**
MERCIER WOOD FLOORING, INC. and           :        **DISMISSAL OF ACTION**
BAYARD SALES CORP.,                       :        **WITH PREJUDICE**
                                          :
                        Defendants.       :
------------------------------------------------------------------ x

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff Norman D.

Lifton Co., Inc. and defendants Mercier Wood Flooring, Inc. and Bayard Sales Corp., pursuant to

Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby

dismissed, with prejudice, and without costs as against any party.

Dated: August __, 2007

JAFFE & ASHER LLP
Attorneys for Plaintiff Norman D. Lifton
Company, Inc.

By: _____

    Ira N. Glauber (ING-8383)
300 East 42nd Street
New York, New York 10017
(212) 883-1700

TRAUB EGLIN LIEBERMAN STRAUS LLP
Attorneys for Defendant Mercier Wood
Flooring, Inc.

By: _____

    Stephen D. Straus (SDS-6183)
Seven Skyline Drive
Hawthorne, New York 10532
(914) 347-2600

TOBIAS LAW FIRM, P.C.
Counsel for Defendant Bayard Sales Corp.

By: _____

    David G. Tobias (DGT-3284)
600 Third Avenue
New York, New York 10016
(212) 661-5460

SO ORDERED: _____

_____
                U.S.D.J.

Date: 10-9-07